NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS U.S.A., INC., TAKEDA PHARMACEUTICALS AMERICA, INC.,**
*Plaintiffs-Appellants*

**v.**

**SUN PHARMA GLOBAL FZE, SUN PHARMACEUTICAL INDUSTRIES, LTD.,**
*Defendants-Appellees*

---

2016-2325

---

Appeal from the United States District Court for the District of New Jersey in No. 3:14-cv-04616-MLC-TJB, Judge Mary L. Cooper.

---

**JUDGMENT**

---

ARLENE L. CHOW, Hogan Lovells US LLP, New York, NY, argued for plaintiffs-appellants. Also represented by ERIC J. LOBENFELD, THOMAS SCHMIDT.

MARK DAVID SCHUMAN, Carlson, Caspers, Vandenburgh, Lindquist & Schuman, P.A., Minneapolis, MN,

argued for defendants-appellees. Also represented by SAMUEL T. LOCKNER, JONATHAN CARPENTER, CAROLINE MARSILI.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and DYK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 10, 2017          /s/ Peter R. Marksteiner
     Date                  Peter R. Marksteiner
                           Clerk of Court